IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHN S. GERTSCH,

    Petitioner,

v.

BRIAN BELLEQUE,

    Respondent.

Civ. No. 09-99-CL

ORDER

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (8th Cir. 1983).

    I agree with Magistrate Judge Clarke that petitioner procedurally defaulted on his federal constitutional claims, and failed to show cause and prejudice or that any exception to the

1 - ORDER

exhaustion requirement applied. Accordingly, I ADOPT the Report and Recommendation of Magistrate Judge Clarke.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#50) is adopted. The petition (#2) is dismissed.

IT IS SO ORDERED.

DATED this 19 day of January, 2011.

_____
OWEN M. PANNER
U.S. DISTRICT JUDGE